AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CROWELL A. LISENBY

**SUMMONS IN A CIVIL ACTION**

V.

GORDON H. MANSFIELD, acting Secretary of the Veterans Affairs

CASE NUMBER: 2:07CV1109-TFM

TO: (Name and address of Defendant)

Gordon H. Mansfield
Acting Secretary of Veterans Affairs
Office of the General Counsel (024)
810 Vermont Avenue, N.W.
Washington, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ~~20~~ 90 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/3/08

CLERK                                                DATE

(By) DEPUTY CLERK