## NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Lisenby v. Mansfield**

**Case Number:   2:07-cv-01109-TFM**

**Referenced Pleading: Summons - Doc. 3**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

CROWELL A. LISENBY

V.

GORDON H. MANSFIELD, acting Secretary of
the Veterans Affairs

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV1109- TFM

TO: (Name and address of Defendant)

Gordon H. Mansfield
Acting Secretary of Veterans Affairs
Office of the General Counsel (024)
810 Vermont Avenue, N.W.
Washington, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within _____90_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  1/3/08