AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CROWELL A. LISENBY

V.

GORDON H. MANSFIELD, acting Secretary of the Veterans Affairs

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1109-TFM

TO: (Name and address of Defendant)

Attorney General of U.S. Department of Justice
10 Constitutional Avenue
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ~~30~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/3/08
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CROWELL A. LISENBY

V.

GORDON H. MANSFIELD, acting Secretary of the Veterans Affairs

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV1109-TFM

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney ~~General~~
P.O. Box 197
Montgomery, Alabama 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ~~X~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/3/08

SCANNED

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CROWELL A. LISENBY

V.

GORDON H. MANSFIELD, acting Secretary of the Veterans Affairs

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV1109-TFM

TO: (Name and address of Defendant)

Gordon H. Mansfield
Acting Secretary of Veterans Affairs
Office of the General Counsel (024)
810 Vermont Avenue, N.W.
Washington, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith Anderson Nelms
847 So. McDonough Street, Suite 100
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/3/08

SCANNED