IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| CROWELL A. LISENBY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 2:07-CV-1109-TFM |
| GORDON H. MANSFIELD, acting Secretary | ) |
| of Veterans Affairs, | ) |
| | ) |
|     Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW <u>Crowell A. Lisenby</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>1/4/2008</u>                       <u>/s/ K. ANDERSON NELMS</u>
     Date                             Counsel

                                           <u>Crowell A. Lisenby</u>
                                           Counsel for (print names of all parties)

                                           _____
                                           Address, City, State Zip Code

                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**CERTIFICATE OF SERVICE**

I, __K. Anderson Nelms__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4TH day of __January  20__08, to:

_____

_____

_____

_____

_____

| 01/04/2008 | /s/ K. Anderson Nelms |
|---|---|
| Date | Signature |