## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| CROWELL A. LISENBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: **2:07-cv-1109-TFM** |
| | ) | |
| DR. JAMES B. PEAKE, in his official | ) | |
| capacity of Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CORPORATE/CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW the Defendant, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    This party is a governmental entity,

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Dated this the 20th day of March, 2008.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to Plaintiff's counsel, Keith Anderson Nelms, Esquire.

s/R. Randolph Neeley
Assistant United States Attorney