**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 21, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:  Lisenby v. Peake
Civil Action No. 2:07-cv-01109-TFM

The above-styled case has been  reassigned to William Keith Watkins.

Please note that the case number is now  2:07-cv-01109-WKW.
This new case number should be used on all future correspondence and pleadings in this action.